# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

VALENTIN HERNANDEZ-HERNANDEZ,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-316 JNE

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that SCOTT F. TILSEN shall appear as appointed counsel of record for the above named defendant in this case.

Dated: January 17, 2007

*s/ Scott F. Tilsen*
SCOTT F. TILSEN
Attorney ID No. 11005X
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415