**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: ARTHUR J. BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-316(1) JNE |
| | ) | Date: 01/19/07 |
| Valentin Hernandez-Hernandez, | ) | Court Reporter: None |
| | ) | Tape Number: 53/177-262 |
| Defendant. | ) | Time Commenced: 2:30 p.m. |
| | ) | Time Concluded: 2:35 p.m. |
| | ) | Time in Court: 5 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**
Time in Court 2 min. Prelim / 3 min. Det:

APPEARANCES:

Plaintiff: Bill Koch, Assistant U.S. Attorney
Defendant: Scott Tilsen,
√ FPD

Interpreter / Language: None/English

On Warrant for Violation of √ Supervised Release

√ Defendant Ordered Detained - Government to submit proposed Order.

Additional Information:
Defendant waived both preliminary revocation and detention hearings. Final revocation hearing is Tuesday, January 23, 2007 at 9:30 a.m. before Judge Ericksen.

_s/AR____
Criminal Duty Clerk