UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-316 (JNE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| VALENTIN HERNANDEZ-HERNANDEZ, Defendant. | ) | |

The defendant appeared before the Court on January 19, 2007, for a preliminary revocation hearing and detention hearing as a result of an alleged violation of his supervised release conditions. The United States of America was represented by Assistant United States Attorney William H. Koch. The defendant was represented by Assistant Federal Defender Scott F. Tilsen. A Spanish-language interpreter was present, but the defendant stated he did not need the assistance of an interpeter.

After consulting with his counsel, the defendant advised the Court that he wished to waive his right to a preliminary hearing, and he waived his right to a detention hearing. The Court confirmed with the defendant that he understood the rights he wished to waive. The defense stated that it wished to waive its right to have the government demonstrate through the preliminary revocation hearing that the defendant violated the conditions of his supervised release by not remaining law-abiding during that term of supervision, to include his illegally reentering the United States. Similarly, the defense informed the Court it wished to waive the detention hearing, and acknowledged that the defendant is currently on a hold by the Bureau of Immigration and Customs Enforcement (ICE) due to his illegal immigration status.

Having reviewed the file and speaking with the defendant, the Court believes there is an

adequate basis to show the defendant has violated the terms of his supervised release. The Court is also informed there is an ICE hold on the defendant. The Court accepts the defendant's waiver of his right to both hearings.

IT IS HEREBY ORDERED:

1. The defendant shall be held over to answer the supervised release violations at a date and time set by the Court after consultation with the parties; and

2. The defendant shall be detained until his final revocation hearing before The Honorable Joan N. Ericksen. Pending this hearing, the defendant will be held in the custody of the United States Marshal Service, which will produce him for the hearing.

Date: 1/22/07

_s/Arthur J. Boylan________
The Honorable Arthur J. Boylan
United States Magistrate Judge