AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JAN 26 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-316 (1) JNE**

Valentin Hernandez-Hernandez

0641-0614-1088-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Valentin Hernandez-Hernandez

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Joan N. Ericksen, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

June 14, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ________________ Date of Arrest: ________________

Name and Title of Arresting Officer

Signature of Arresting Officer

US MARSHALS SERVICE
RECEIVED
MPLS MN
2006 JUN 15 P 2:51

ARRESTED ON 1-16-07
ARRESTED BY Mpls PD
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
JAN 26 2007
U.S. DISTRICT COURT

criminal\warrant.frm

DC Modified 12/08/04