# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

VALENTIN HERNANDEZ-HERNANDEZ,
Defendant.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Case No: 02-316 JNE

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Reynaldo A. Aligada, Jr., is substituted as appointed counsel in place of Scott F. Tilsen in the representation of the above named defendant.

Dated: April 20, 2007

*s/ Reynaldo A. Aligada, Jr.*
REYNALDO A. ALIGADA, JR.
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: April 20, 2007

*s/ Scott F. Tilsen*
SCOTT F. TILSEN
Attorney ID No. 11005X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415